IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL HARTMAN PRIMAS,

    Petitioner,                  No. CIV S-05-1557 MCE KJM P

    vs.

THE PEOPLE OF THE
STATE OF CALIFORNIA,

    Respondent.                 ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has not, however, filed a complete request to proceed in forma pauperis[1] or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit a complete in forma pauperis request or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action;

---

[1] Petitioner filed a request to proceed in forma pauperis, but it does not include the second page of the court's form-request.

1

1 | and

2 |     2. The Clerk of the Court is directed to send petitioner a copy of the application

3 | to proceed in forma pauperis by a prisoner used by this district.

4 | DATED: August 15, 2005.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

11 | 1/kf
prim1557.101a