IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANUEL PRIMAS,** | CIV-S-05-1557 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **RICHARD J. KIRKLAND, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent has until March 12, 2007 to file its Answer to Petitioner's Petition for Writ of Habeas corpus.

Dated: February 9, 2007.

_____
U.S. MAGISTRATE JUDGE