IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANUEL PRIMAS,**<br><br>                              Petitioner,<br><br>          v.<br><br>**RICHARD J. KIRKLAND, et al.,**<br><br>                              Respondents. | CIV-S-05-1557 MCE KJM P<br><br>**ORDER** |

GOOD CAUSE APPEARING, IT IS ORDERED that Respondents' application for a seven-day enlargement of time is granted. The answer to petition for writ of habeas corpus shall be filed on or before March 19, 2007.

Dated: March 15, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1