IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL PRIMAS,

      Petitioner,                      No. CIV S-05-1557 MCE KJM P

   vs.

RICHARD J. KIRKLAND, et al.,

      Respondents.              <u>ORDER</u>

_____/

          Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Two of petitioner's claims involve the introduction into evidence of his statements to police, which were obtained in two separate interviews. In its decision rejecting these claims, the California Court of Appeal referred to and relied upon the videotape of petitioner's December 29, 2000 statements to police. (Lodged Document 3 at 18-19.) The videotape of petitioner's January 3, 2001 statements was played to the trial court in connection with petitioner's motion to suppress, and the trial judge referred to the videotape in issuing his ruling. (Reporter's Transcript on Appeal at 199-200.) Neither of these videotapes has been lodged with this court.

          The court finds that the videotapes of petitioner's December 29, 2000 and January 3, 2001 statements to police are necessary to a determination of this action. Accordingly,

1

pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, respondents will be directed to lodge the videotapes within seven days.

Good cause appearing, IT IS HEREBY ORDERED that, within seven days from the date of this order, respondents shall lodge the videotapes of petitioner's December 29, 2000 and January 3, 2001 statements to police.

DATED: February 11, 2009.

8:primas1557.o

_____
U.S. MAGISTRATE JUDGE

2